UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Glenda Knuckles

            Plaintiff(s),            Case No. 2:10-cv-10312

v.                            Judge Avern Cohn

Portfolio Recovery Associates, LLC        Magistrate Judge Donald A. Scheer

            Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Portfolio Recovery Associates, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☑    No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Portfolio Recovery Associates, Inc.
    Relationship with Named Party: Defendant, PRA LLC is a wholly-owned subsidiary of PRA Inc.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☑    No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: Portfolio Recovery Associates, Inc.
    Nature of Financial Interest: Defendant, PRA LLC is a wholly-owned subsidiary of PRA Inc.

Date: February 19, 2010        /s/ Shaun R. Fathallah

                                          P67516
                                          140 Corporate Blvd.
                                          Norfolk, VA 23502
                                          (757) 519-9300 ext. 18122
                                          srfathallah@portfoliorecovery.com